STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

### NOT DESIGNATED FOR PUBLICATION

Herschel Glenn Marcantel  Jr.
Attorney At Law
322 South Market St.
Opelousas LA 70570

**REHEARING ACTION: October 27, 2010**

**Docket Number: 10   00760-CW**

**VERMILION CORPORATION**
**VERSUS**
**RIP TIDE INVESTORS, ET AL.**

**Writ Application from Vermilion Parish Case No. 88703**

**BEFORE JUDGES:**

 **Hon. Oswald A. Decuir**
 **Hon. Jimmie C. Peters**
 **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Cecil Gremilion** has this day been

 **DENIED.**

cc: Theodore Glenn Edwards, IV, Counsel for  the Respondent
 James Isaac Funderburk, Counsel for  the Respondent
 Wayne Allen Shullaw, Counsel for  the Respondent
 Timothy David Scandurro, Counsel for  the Respondent
 Jason P. Bergeron, Counsel for  the Respondent